1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PAUL TYNON,                                    ) Case No.  ED CV 13-1664 MRW
                          Plaintiff,           )
                                               ) JUDGMENT
              vs.                              )
                                               )
CAROLYN W. COLVIN,                             )
Acting Commissioner of Social                  )
Security,                                      )
                                               )
                          Defendant.           )
_____ )

       The decision of the Administrative Law Judge is AFFIRMED.  Judgment is

hereby entered in favor of Defendant.


DATE: July 14, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE